Rosenberg & Ball, of New York City (George G. Ernst and Ralph F. Colin, both of New York City, of counsel), for appellee.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

**1**

**HAY FOUNDRY & IRON WORKS, Plaintiff, v. BUTTERWORTH–JUDSON CORPORATION, Defendant, and United States, Appellant.**

(Circuit Court of Appeals, Second Circuit. May 18, 1925.)

No. 375.

Appeal from the District Court of the United States for the Southern District of New York.

Certiorari granted 45 S. Ct. 640, 69 L. Ed. 1157.

Decree reversed, 269 U. S. ——, 46 S. Ct. 179, 70 L. Ed. ——.

Rushmore, Bisbee & Stern, of New York City (Eldon Bisbee and Bertram F. Shipman, both of New York City, of counsel), for receivers.

Emory R. Buckner, U. S. Atty., of New York City, Alexander Holtzoff, Sp. Asst. Atty. Gen., and Robert E. Manley and Charles L. Sylvester, Asst. U. S. Attys., both of New York City, for petitioner appellant.

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Decree affirmed, on the decision of this court in Equitable Trust Co. v. Connecticut Brass & Manufacturing Corporation, 290 F. 712.

---

**2**

**A. B. HULL, as Trustee, etc., Libelant Appellee, v. 576 PILES; Philip J. Rennolds, Claimant Appellant; Philip J. Rennolds, Doing Business, etc., Respondent Appellant.**

**Philip J. RENNOLDS, Doing Business as J. A. Rennolds' & Brother, Libelant Appellant, v. GEORGIA SHIPBUILDING COMPANY, A. B. Hull, as Trustee, etc., Respondent Appellee.**

(Circuit Court of Appeals, Second Circuit. December 24, 1925.)

Nos. 119, 120.

Appeals from the District Court of the United States for the Southern District of New York.

Macklin, Brown & Van Wyck, of New York City (Pierre M. Brown and Horace L. Cheyney, both of New York City, of counsel), for appellant.

Mark W. Maclay, of New York City, for appellee.

Before ROGERS and HOUGH, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Decrees affirmed in open court.

---

**3**

**JOHN HOHENADEL BREWING CO., Claimant of 419 Barrels, More or Less, of Malt Beverage, Contained in Barrels and Vats, etc., Appellant, v. UNITED STATES, Appellee.**

(Circuit Court of Appeals, Third Circuit. February 11, 1926.)

No. 3431.

On Appeal from the District Court of the United States for the Eastern District of Pennsylvania; Dickinson, Judge.

William A. Carr, of Philadelphia, Pa., for appellant.

Francis B. Biddle, of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. The facts of this case differ in no essential respect from those in the case of Daeufer-Lieberman Brewing Co. v. United States (C. C. A.) 8 F.[2d] 1. The law of that case rules the decision here. Accordingly the decree must be reversed.

---

**4**

**Nora KAHN and German Kahn, as Ex'rs, etc., Plaintiffs in Error, v. Frank K. BOWERS, as Collector, etc., Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. December 17, 1925.)

No. 156.

In Error to the District Court of the United States for the Southern District of New York.

Rosenblum & Sommer, of New York City, for plaintiffs in error.

Emory R. Buckner, U. S. Atty., of New York City (Sherwood E. Hall, Asst. U. S. Atty., and Thomas H. Lewis, Jr., Sp. Atty. Bureau of Internal Revenue, of Washington, D. C., of New York City, of counsel), for defendant in error.